IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| IN RE:<br><br>BRIAN ALEXANDER GEORGE,<br><br>    Debtor. | Case No. 1:18-bk-00309<br>Chapter 13<br>Judge Harrison |
| BRIAN ALEXANDER GEORGE,<br><br>    Movant,<br><br>v.<br><br>LOANCARE, LLC,<br><br>    Respondent. | **CONTESTED MATTER** |

## LOANCARE LLC'S RESPONSE TO DEBTOR'S MOTION FOR SANCTIONS

COMES NOW, LoanCare, LLC ("LoanCare"), and files this Response to the Debtor's Motion for Sanctions [Doc. 21], stating as follows:

LoanCare opposes the relief sought by the Debtor in his Motion for Sanctions and requests that this Court hold a hearing on the matter.

Respectfully submitted, this 13th day of April, 2018.

                              */s/ Bret J. Chaness*
                              BRET J. CHANESS (BPR # 31643)
                              **RUBIN LUBLIN TN, PLLC**
                              3145 Avalon Ridge Place, Suite 100
                              Peachtree Corners, Georgia 30071
                              (678) 281-2730 (Telephone)
                              (404) 921-9016 (Facsimile)
                              bchaness@rubinlublin.com

                              *Attorney for LoanCare, LLC*

1

# CERTIFICATE OF SERVICE

I hereby certify that the within and foregoing was filed on April 13th, 2018, via CM/ECF, which will serve notice on all parties. Additionally, on April 13th, 2018, a true and correct copy of the within and foregoing was sent via U.S. First Class mail, addressed to the following:

Roy N. Wilson
Brown & Wilson
P.O. Box 723
Dickson, TN 37056

Henry E. Hildebrand, III
Office of the Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203

U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)