IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRIAN ALEXANDER GEORGE, ) | Bk. No. 18-00309-MH1-13 |
| 5176 Meadowwood Drive ) | Judge Marian F. Harrison |
| Bon Aqua, TN 37025 ) | |
| SSN: XXX-XX-4755 ) | |
|         Debtor. ) | |
| ) | |
| JOHN WRENN, ) | |
|         Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRIAN ALEXANDER GEORGE, Debtor and ) | |
| HENRY E. HILDEBRAND III, TRUSTEE, ) | |
|         Respondents. ) | |

TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY

      Margaret P. Reidy, Counsel to Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, in response to the Motion for Relief from Stay filed by John Wrenn (hereinafter "Movant"), would state that the debtor's plan was confirmed by order entered April 24, 2018. The debtor did not list the personal injury action in his Schedules and Statements nor does the confirmed plan provide any treatment for Movant. As a result, Trustee has no knowledge as to the debtor being involved in a personal injury lawsuit in the Dickson County Circuit Court. The Trustee does not oppose the Circuit Court litigation continuing nor does the Trustee oppose Movant pursing debtor's insurance. However, in the event any judgment is obtained against the debtor, the Trustee does oppose executing or attempting to collect on such settlement or judgment while the debtor's Chapter 13 case is pending.

      Respectfully submitted,

      /s/ Margaret P. Reidy
      Margaret P. Reidy
      Counsel to Chapter 13 Trustee
      P. O. Box 340019
      Nashville, TN 37203-0019
      615-244-1101; Fax 615-242-3241
      pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certifies that on or before the 6th day of June, 2018, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***
U. S. Trustee
Roy N. Wilson, Counsel for Debtor
L. Gino Marchetti Jr., Counsel for Movant

***By U. S. Postal Service, postage prepaid to:***
Brian A. George, 5176 Meadowwood Drive, Bon Aqua, TN 37025
L. Gino Marchetti Jr., Taylor Pigue Marchetti & Blair PLLC, 2908 Poston Avenue, Nashville, TN 37203

      /s/ Margaret P. Reidy

      _____
      Margaret P. Reidy
      Chapter 13 Trustee